UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CELSO LABOR,

    Plaintiff,

vs.                                            Case No. 04-70816
                                                  Hon. Patrick J. Duggan

U.S. FARATHANE CORPORATION,

    Defendant.

_____/
WARNICKE & WIGENT, PLLC
By:    Zachary B. Mack (P62742)
Attorneys for Plaintiff
1701 Cass Lake Road
Keego Harbor, MI 48320-1047
(248) 738-5000

McKELVIE DeLUCA, P.C.
By:    Frank M. DeLuca (P41604)
        Edmund S. Yee (P63007)
Attorneys for Defendant
280 W. Maple Road, Suite 300
Birmingham, MI 48009
(248) 952-5100
_____/

## STIPULATED ORDER LIFTING STAY AND
## DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS

    **IT IS HEREBY ORDERED** that the Stay entered by the Court on December 8, 2004 in this matter is lifted.

1

**IT IS FURTHER ORDERED** that the above-captioned case be dismissed with prejudice and without costs to either party resolving the last pending claim and closing the case.

                                          s/Patrick J. Duggan
                                          Patrick J. Duggan
                                          United States District Judge

Dated: March 18, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 18, 2008, by electronic and/or ordinary mail.

                                          s/Marilyn Orem
                                          Case Manager


**STIPULATED AND AGREED TO:**


s/Zachary B. Mack
Zachary B. Mack (P62742)
WARNICKE & WIGENT, PLLC
Attorneys for Plaintiff
1701 Cass Lake Road
Keego Harbor, MI 48320-1047
(248) 738-5000
zmack.wwpllc@comcast.net


s/Edmund S. Yee
Edmund S. Yee (P63007)
McKELVIE DeLUCA, P.C.
Attorneys for Defendant
280 W. Maple Road, Suite 300
Birmingham, MI 48009
(248) 952-5100
eyee@mckelviedeluca.com